IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01691-RPM

JOLENE ROGERS,

      Plaintiff,

v.

LODGIAN HOTEL, INC., d/b/a HOLIDAY INN AT SUMMIT COUNTY, a Delaware corporation, and
ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,

      Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **October 19, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order (original only) on paper, shall be submitted directly to chambers by **October 11, 2007.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated:  September 6th , 2007

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge