IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: :07-cv-01691-RPM

JOLENE ROGERS, a Colorado resident,

    Plaintiff,

v.

LODGIAN HOTELS, INC., d/b/a HOLIDAY INN AT SUMMIT COUNTY, a Delaware corporation, and
ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal filed by the parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure [18], filed on February 29, 2008, it is

ORDERED that all claims Plaintiff has pending against Defendants are dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

DATED: March 3rd, 2008.

    BY THE COURT:

    s/Richard P. Matsch
    _____
    United States District Court Judge